Daniel M. Cislo, Esq., CA Bar No. 125,378
  dan@cislo.com
C. Wook Pak, Esq., CA Bar No. 244,780
  wpak@cislo.com
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Mark D. Nielsen, Esq., CA Bar No. 210,023
  mark.nielsen@solidcounsel.com
SCHEEF & STONE, LLP
2600 Network Boulevard, Suite 400
Frisco, Texas 75034
Telephone: (214) 472-2100
Fax: (214) 472-2150

Attorneys for Plaintiff,
Nanjing Nutrabuilding Bio-Tech Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANJING NUTRABUILDING BIO-TECH CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>BONERGE LIFESCIENCE (HUNAN) CO., LTD., and DOES 1-9, INCLUSIVE,<br><br>Defendants. | CASE NO. 5:25-cv-00271-JGB-SHK<br><br>**NOTICE OF FILING OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

The attached Proof of Service of Summons and Complaint on Defendant Bonerge Lifescience Co., Ltd. is hereby filed with the Court.

                                              Respectfully submitted,

                                              CISLO & THOMAS LLP

Dated: February 18, 2025      By:  /s/Daniel M. Cislo
                                                  Daniel M. Cislo, Esq.
                                                  C. Wook Pak, Esq.

                                              Attorneys for Plaintiff,
                                              Nanjing Nutrabuilding Biotech Co., Ltd.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Daniel M. Cislo, Esq. (SBN 125378); C. Wook Pak, Esq. (SBN 244780) | |
| **CISLO & THOMAS LLP** | |
| 12100 Wilshire Boulevard, Suite 1700 | |
| Los Angeles, CA 90025 | |
| TELEPHONE NO.: (310) 451-0647    FAX NO. *(Optional):* (310) 394-4477 | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: Nanjing Nutrabuilding Bio-Tech Co., Ltd. | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| PLAINTIFF/PETITIONER: NANJING NUTRABUILDING BIO-TECH CO., LTD. | CASE No.: |
|---|---|
| DEFENDANT/RESPONDENT: BONERGE LIFESCIENCE (HUNAN) CO., LTD., ET AL. | **5:25-CV-00271** |
| **PROOF OF SERVICE** | Ref. No. or File No.: CISTH-0190148.KW |

*(Separate proof of service is required for each party served.)*

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [X] Summons in a Civil Action                     e. [ ] First Amended Complaint
   b. [X] Complaint                                       f. [ ] Second Amended Complaint
   c. [X] Civil Cover Sheet                              g. [ ] Third Amended Complaint
   d. [X] Other *(specify documents)*: Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Related Cases Pursuant to Local Rule 83-1.3; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; 21 Exhibits

3. a. Party served *(specify name of party as shown on documents served)*:
      **BONERGE LIFESCIENCE (HUNAN) CO., LTD.**

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **2049 S. HELLMAN AVE., UNIT A, ONTARIO, CA 91761**

5. I served the party (check proper box)
   a. [ ] **By Personal Service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                              (2) at *(time)*:

   b. [X] **By Substituted Service.** On *(date)*: 02/12/25    at *(time)*: 1:43 PM    I left the documents listed in item with or in the presence of *(name and title or relationship to person indicated in item 3a)*:
        LILLY LIU (AUTHORIZED TO ACCEPT SERVICE OF PROCESS)
       (1) [X] **(Business)** a person at least 18 years of age apparently in charge at the office or usual place of business of
            the person to be served. I informed him or her of the general nature of the papers.
       (2) [ ] **(Home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
            place of abode of the party. I informed him or her of the general nature of the papers.
       (3) [ ] **(Physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
            address of the person to be served, other than a United States Postal Service post office box. I informed
            him or her of the general nature of the papers.
       (3) [X] thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at
            the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
              *(date)*:              from *(city)*:                  or [X] A Declaration of Mailing is attached.
       (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: NANJING NUTRABUILDING BIO-TECH CO., LTD. <br> DEFENDANT/RESPONDENT: BONERGE LIFESCIENCE (HUNAN) CO., LTD., ET AL. | CASE NUMBER: <br> 5:25-CV-00271 |
|---|---|

5.  c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                   (2) from *(city)*:

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **By other means** *(specify means of service and authorizing code section)*:

   e. [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify)*:
      Under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)                [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)        [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership) [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)              [ ] 415.46 (occupant)
                                              [ ] Other

7. **Person who served papers**
   a. Name: CHRISTIAN CANAS
   b. Address: P.O. Box 861057, Los Angeles, CA 90086
   c. Telephone number: (213) 975-9850
   d. **The fee** for service was: $ 178.59
   e. I am:
      (1) [ ] Not a Registered California process server.
      (2) [ ] Exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a Registered California process server:
         (i) [ ] Owner    [ ] Employee    [ ] Independent contractor.
         (ii) Registration No.: 1328
         (iii) County: SAN BERNARDINO

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 02/13/25

| CHRISTIAN CANAS | ▶ | *(signature)* |
|---|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | | (SIGNATURE) |

POS-010 [Rev. January 1, 2007]              **PROOF OF SERVICE OF SUMMONS**

American LegalNet, Inc. <br> www.FormsWorkflow.com

| ATTORNEY (S) NAME & ADDRESS | FOR COURT USE ONLY |
|---|---|
| Daniel M. Cislo, Esq. (SBN 125378); C. Wook Pak, Esq. (SBN 244780)<br>**CISLO & THOMAS LLP**<br>12100 Wilshire Boulevard, Suite 1700<br>Los Angeles, CA 90025<br>Tel. No.: (310) 451-0647  Fax No.: (310) 394-4477<br>*Attorney(s) for:* Nanjing Nutrabuilding Bio-Tech Co., Ltd.<br>*Ref:* CISTH-0190148.KW | |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

**PLAINTIFF/PETITIONER:** NANJING NUTRABUILDING BIO-TECH CO., LTD.
**DEFENDANT/RESPONDENT:** BONERGE LIFESCIENCE (HUNAN) CO., LTD., ET AL.

| DECLARATION OF DUE DILIGENCE | CASE #:<br>5:25-CV-00271 |
|---|---|

I, CHRISTIAN CANAS, declare that I have personal, first hand knowledge of the following facts, and if called and sworn as a witness, I can and will testify comptentaly thereto. I and any employees or agents retained by **EXPRESS NETWORK,** 1605 W. Olympic Blvd., 8th Floor**, Los Angeles, California** 90015 **(213) 975-9850,** are and were on the dates mentioned herein over the age if 18 years and not a party to this action.

On 02/06/25, Express Network received the following document(s):

Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Related Cases Pursuant to Local Rule 83-1.3; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; 21 Exhibits

to be served on **BONERGE LIFESCIENCE (HUNAN) CO., LTD.** at the following address:

**(Business)**   **2049 S. HELLMAN AVE., UNIT A, ONTARIO, CA 91761**

**ATTEMPT #1, 02/07/25 at 11:40 AM:** Per white male who does not work for Bonerge, but shares the office with the comapny since he has his own company there, there is a female that works for Bonerge who is currently not in. She was there earlier but has left. She does not have a set schedule, and appears to always be in and out of the location.

**ATTEMPT #2, 02/12/25 at 1:43 PM:** The server reports that at the time of service, the person served (Lilly Liu) would not give her title but stated that she called BONERGE LIFESCIENCE and that they authorized her to accept service on their behalf. The server made sure that she understood that she was accepting Federal Summons and Complaint documents.

Person serving:
CHRISTIAN CANAS
EXPRESS NETWORK
P.O. BOX 861057
LOS ANGELES, CALIFORNIA 90086
(213) 975-9850

Fee for Service: 178.59
☐ Not A Registered California Process Server
☒ Registered California Process Server
(1) Employee or Independent Contractor
(2) Registration No.: 1328
(3) County: San Bernardino

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 02/13/25

DECLARATION OF DUE DILIGENCE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| Daniel M. Cislo, Esq. (SBN 125378); C. Wook Pak, Esq. (SBN 244780)<br>CISLO & THOMAS LLP<br>12100 Wilshire Boulevard, Suite 1700<br>Los Angeles, CA 90025<br>(310) 451-0647<br>Attorney(s) for: Nanjing Nutrabuilding Bio-Tech Co., Ltd.<br>Ref: CISTH-01901148.KW | |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

NANJING NUTRABUILDING BIO-TECH CO., LTD.
vs. BONERGE LIFESCIENCE (HUNAN) CO., LTD., ET AL.

| PROOF OF MAILING | DATE: | TIME: | DEPT | CASE NUMBER:<br>5:25-CV-00271 |
|---|---|---|---|---|

**At the time of mailing, I was at least 18 years old and not a party to the action**

1. I mailed the following documents:
   Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Related Cases Pursuant to Local Rule 83-1.3; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; 21 Exhibits

2. (a) Addressed as follows:
   BONERGE LIFESCIENCE (HUNAN) CO., LTD.
   2049 S. HELLMAN AVE., UNIT A
   ONTARIO, CA 91761

   (b) ☒ Business   ☐ Residence   ☐ Other

3. On: 02/12/25

4. Place: Los Angeles

5. Type of mailing: First Class

6. Person mailing:
   ISABEL MONTERO
   EXPRESS NETWORK
   P.O. BOX 861057
   LOS ANGELES, CALIFORNIA 90086
   (213) 975-9850

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 02/12/25                                                      *Isabel Montero*

PROOF OF MAILING

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2025, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

On February 18, 2025, I caused a copy of the attached document to be served via First Class U.S. mail to the addressee(s) shown below:

Bonerge Lifescience (Hunan) Co., Ltd.
2049 S. Hellman Ave., Unit A
Ontario, CA 91761

☒   **FEDERAL**:  I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 18, 2025, at Westlake Village, California.

/s/Laura Banuelos
Laura Banuelos