1  Mark D. Nielsen, Esq., CA Bar No. 210,023
      *mark.nielsen@solidcounsel.com*
2  SCHEEF & STONE, LLP
   2600 Network Boulevard, Suite 400
3  Frisco, Texas 75034
   Telephone: (214) 472-2100
4  Fax: (214) 472-2150

5  Daniel M. Cislo, Esq., CA Bar No. 125,378
      *dan@cislo.com*
6  C. Wook Pak, Esq., CA Bar No. 244,780
      *wpak@cislo.com*
7  CISLO & THOMAS LLP
   12100 Wilshire Boulevard, Suite 1700
8  Los Angeles, California 90025
   Telephone: (310) 451-0647
9  Fax: (310) 394-4477

10 Attorneys for Plaintiff,
11 Nanjing Nutrabuilding Bio-Tech Co., Ltd.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANJING NUTRABUILDING BIO-TECH CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> BONERGE LIFESCIENCE (HUNAN) CO., LTD., and DOES 1-9, INCLUSIVE, <br><br> Defendants. | Case No. 5:25-cv-00271-JGB-SHK <br><br> **NOTICE OF EXTENSION OF TIME TO RESPOND TO COMPLAINT OF NOT MORE THAN THIRTY (30) DAYS** <br><br> Complaint served: 2/12/2025 <br> Current response due: 3/5/2025 <br> New response date: 4/4/2025 |

**NOTICE OF EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Following service of the summons and Complaint on February 12, 2025 (*see* Dkt. 11), Defendant BONERGE LIFESCIENCE (HUNAN) CO., LTD. requested an extension of time to respond to the initial Complaint in this matter. At the time of such request, Defendant did not have counsel. In the spirit Local Rule 8-3, however, counsel for Plaintiff NANJING NUTRABUILDING BIO-TECH CO., LTD. agreed to the request and hereby notifies the Court that it has agreed to a thirty (30) day extension of time for Defendant to respond to the initial Complaint in this matter. As such, Defendant now has until April 4, 2025 to respond to the initial Complaint in this matter.

Respectfully submitted:

SCHEEF & STONE LLP

Dated: February 21, 2025        By:    /s/ Mark D. Nielsen
                                       Mark D. Nielsen

CISLO & THOMAS LLP
Daniel M. Cislo
C. Wook Pak

Attorneys for Plaintiff,
NANJING NUTRABUILDING BIO-TECH CO., LTD.

# CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2025, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I hereby certify that on February 21, 2025, I caused a copy of the attached document to be served via First Class U.S. mail to the addressee(s) shown below:

Bonerge Lifescience (Hunan) Co., Ltd.<br>
2049 S. Hellman Ave., Unit A<br>
Ontario, CA 91761

with an additional copy via email to: jack.s@bonerge.com

☒  **FEDERAL**:  I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 21, 2025, at Frisco, Texas.

/s/ Ann Akins
Ann Akins