# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANJING NUTRABUILDING BIO-TECH CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> BONERGE LIFESCIENCE (HUNAN) CO., LTD., and DOES 1-9, INCLUSIVE, <br><br> Defendants. | Case No. 5:25-cv-00271-JGB-SPx <br><br> [Hon. Jesus G. Bernal] <br><br> **ORDER ENTERING STIPULATED PROTECTIVE ORDER** |

**ORDER**

Plaintiff Nanjing Nutrabuilding Bio-Tech Co., Ltd., and Defendant Bonerge Lifescience (Hunan) Co., Ltd. (collectively the "Parties") have stipulated to the entry of the Stipulated Protective Order filed on September 2, 2025 (docket no. 25). Based upon the papers submitted, the Court finds good cause to enter the Parties' Stipulated Protective Order. Therefore,

**IT IS HEREBY ORDERED THAT**:

The entry of the Parties' Stipulated Protective Order is GRANTED.

**IT IS SO ORDERED.**

Date: September 10, 2025      By: _____
                                  Hon. Sheri Pym
                                  United States Magistrate Judge

Respectfully submitted,

**SCHEEF & STONE, LLP**

/s/ Mark D. Nielsen
Mark D. Nielsen

Attorney for Plaintiff,
Nanjing Nutrabuilding Bio-Tech Co., Ltd.

Date: September 2, 2025